IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Action No. 21-34 |
| | : | |
| ALESSANDRO CALCAGNI, | : | |
| | : | |
| Defendant. | : | |

## MOTION AND ORDER TO UNSEAL INDICTMENT AND CASE FILE

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Ruth Mandelbaum, Assistant United States Attorney, and hereby moves that the Indictment and related case file in the above-captioned matter be unsealed.

Respectfully submitted,

DAVID C. WEISS
UNITED STATES ATTORNEY

BY: /s/ Ruth Mandelbaum
Ruth Mandelbaum
Assistant United States Attorney

Dated: April 25, 2022

AND NOW, this ___25th___ day of ___April___, 2022, based upon the foregoing Motion, **IT IS ORDERED** that the Indictment and related case file in the above-captioned case be unsealed.

_____
UNITED STATES MAGISTRATE JUDGE